8:05-CV-285-T-27EAJ

| UNITED STATES DISTRICT COURT | District MIDDLE DISTRICT OF FLORIDA | |
|---|---|---|
| Name of Movant JOSE BLAS | Prisoner No. 67734-053 | Case No. 8:02-CR-115-T-27-EAJ |
| Place of Confinement FEDERAL MEDICAL CENTER DEVENS, P.O. BOX 879, AYER, MA 01432 | | |

UNITED STATES OF AMERICA     V.   JOSE BLAS

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, UNITED STATES COURTHOUSE, TAMPA, FL. 33602

2. Date of judgment of conviction DECEMBER 16, 2002

3. Length of sentence 180 MONTHS, 180 MONTHS, 70 MONTHS ALL RUNNING CONCURRENT

4. Nature of offense involved (all counts) _____

    18 U.S.C. : 2422(b)

    18 U.S.C. : 2423(b)

    18 U.S.C. : 2422(b)

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐     No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒     No ☐

9. If you did appeal, answer the following:

    (a) Name of court   U.S. COURT OF APPEALS ELEVENTH CIRCUIT

    (b) Result   AFFIRMED

    (c) Date of result   FEBRUARY 19, 2004

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

    Yes ☐      No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court   N/A

        (2) Nature of proceeding

        (3) Grounds raised

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            Yes ☐      No ☐

        (5) Result

        (6) Date of result

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court   N/A

        (2) Nature of proceeding

        (3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐      No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐        No ☐
(2) Second petition, etc.       Yes ☐        No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A. Ground one: AT SENTENCING THE ASSISTANT U.S. ATTORNEY BREACHED THE PETITIONER'S INFORMATION OF THE INDICTMENT.

Supporting FACTS (state *briefly* without citing cases or law)
SEE MEMORANDUM OF LAW.

B. Ground two: THE PROBATION OFFICER MADE A PLAIN ERROR WHEN HE ENHANCED PETITIONER ON COUNT ONE, COUNT TWO AND COUNT THREE AFTER GROUPING THEM 2 LEVELS EACH.
Supporting FACTS (state *briefly* without citing cases or law)
SEE MEMORANDUM OF LAW.

C. Ground three: AT SENTENCING THE JUDGE ABUSED HIS AUTHORITY BY ALLOWING PETI-TITIONER TO PLEA TO THE INFORMATION OF THE INDICTMENT WITHOUT PRIOR NOTICE OF BEING ENHANCED ON AGGRAVATED CIRCUMSTANCES.

Supporting FACTS (state *briefly* without citing cases or law)
SEE MEMORANDUM OF LAW.

D. Ground four: AT SENTENCING BOTH COUNSELS WERE CONSTITUTIONAL INEFFECTIVE AT PLEADING AND SENTENCING.

Supporting FACTS (state *briefly* without citing cases or law) _____
SEE MEMORANDUM OF LAW.

Ground five: Petitioner's sentence is in Plain Error when he was enhanced 7 Levels based upon aggravated cicumstances and 2 level enhancements for each of the two Groupings.

Supporting Facts _____
SEE MEMORANDUM OF LAW.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐       No ☒XX

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing TREVOR L.F. HEADLEY, 26 COURT ST. BROOKLYN, NY 11242
KENNETH S. SIEGEL, 14502 N. DALE MABRY HWY, TAMPA, FLORIDA 33618

(b) At arraignment and plea TREVOR L.F. HEADLEY, 26 COURT ST. BROOKLYN, NY 11242
KENNETH S. SIEGEL, 14502 N. DALE MABRY HWY, TAMPA, FLORIDA 33618

(c) At trial XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

(d) At sentencing TREVOR L.F. HEADLEY, 26 COURT ST., BROOKLYN, NY 11242
KENNETH S. SIEGEL, 14502 N. DALE MABRY HWY., TAMPA, FLORIDA 33618

AO 243 (Rev. 2/95)

(e) On appeal __DAVID J. JOFFE, 1776 N. PINE ISLAND RD., SUITE 326,__
__FT. LAUDERDALE, FL 33322__

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes☒☒    No☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes☐    No☒☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes☐    No☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__2/7/2005__
(Date)

_____
Signature of Movant