FILED

FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## TAMPA _____ DIVISION

2008 FEB 11 PM 3: 16

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Jose Blas

Plaintiff(s),

-v-

Case No. 8: 02-CR-115-T-27EAT

United States of America
Defendant(s)

## AFFIDAVIT OF INDIGENCY

### (EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)

I, _Jose Blas_____, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 USC § 1915, to proceed *in forma pauperis* in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I. BRIEF STATEMENT OF THE NATURE OF THE ACTION: _I, Jose Blas am appealing the District Court dismissal of my motion for Relief of "Void" Judgment Pursuant to Rule 60(b)(4) of the Federal Rules of Civil Procedure and Pursuant to Plain Error Review Rule 52(b) under 3553 b(1), DONE AND ORDERED January 3, 2008._

II. RESIDENCE

Affiant's address: _P.O. Box 879_____
(Street)

_Ayer_____          _MA_      _10432-0879_
(City)                (State)    (Zip Code)

DC 101 (Rev. 1/97)                                          Page 1

III. <u>MARITAL STATUS</u>:
1. Single ☐     Married ☐     Separated ☐     Divorced ☒
2. If married, spouse's full name: _____

IV. <u>DEPENDENTS</u>:
1. Number: _____ Ø _____
2. Relationship to dependent(s): _____
3. How much money do you contribute to your dependents' support on a monthly basis?
   $ _Ø_

V. <u>EMPLOYMENT</u>: (Information provided below applies to your present employment or last employment).
1. Name of employer: _F.M.C. Devens_
   a. address of employer: _P. O. Box 879_
                        (Street)

   _Ayer_                _MA_      _10432 - 0879_
   (City)                    (State)       (Zip)

   b. State how long affiant has been (was) employed by present (or last) employer?
      Years: _5_      Months: _____
   c. Income: Monthly $ _15.00_    or    Weekly: $ _____
   d. What is (was) the affiant's job title? _UNIT ORDERLY_
2. If unemployed, date of last employment: _____
3. Is spouse employed? Yes ☐ No ☐ If so, name of employer: _N/A_

   a. Income: Monthly $ _____    or    Weekly: $ _____
   b. What is spouse's job title? _____
4. Are you and/or your spouse receiving welfare aid? Yes ☐ No ☒
   If so, amount: Monthly $ _____    or    Weekly $ _____

VI. <u>FINANCIAL STATUS</u>:
1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: _NONE_

b. Full address: _____ *N/A* _____
   <sub>(street)</sub>

_____
(City)                    (State)              (Zip)

c. In whose name? _____

d. Estimated value:                        $ _____

e. Total amount owed:                      $ _____

   Owed to: _____ for          $ _____

            _____ for          $ _____

f. Annual income from property:            $ _____

2. Other assets/property:   *NONE*

a. Automobile:   Make _____   Model _____
   In whose name registered: _____ *N/A*
   Present value of car:                    $ _____
   Amount owed:                             $ _____
   Owed to: _____

b. Total cash in banks, savings and loan associations, prisoner accounts, financial
   institutions, other repositories, or anywhere else:   $ _____

c. List monies received during the last twelve (12) months into your hands, into banks,
   savings and loan associations, prisoner accounts, other financial institutions, or other
   sources as indicated below:

   Business, profession, or other forms of
   self employment:                         $ _____

   Rent payments, interest, or dividends:   $ _____
   Pensions, annuities, or life insurance payments   $ _____
   Gifts or inheritances:                   $ _____
   Stocks, bonds, or notes:                 $ _____
   Other sources:                           $ _____

3. Obligations:

a. Monthly rental on house or apartment:    $ _____
b. Monthly mortgage payments on house:      $ _____

4.  Other information pertinent to affiant's financial debts and obligations: _N/A_

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| (Creditor) | (Total debt) | (Monthly payment) |

Other (explain): _____

VII.  FOR PRISONER AFFIANTS ONLY:

1.  Date(s) of incarceration: _December 16, 2002_
2.  Estimated release or parole date: _June 3, 2015_
3.  A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit**. The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the Affidavit Certificate found on page 6 of this Affidavit of Indigency is also properly executed and filed.

## VIII.  ALL AFFIANTS MUST READ AND SIGN

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury of making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_Jose Blas_
Signature of Affiant
_Reg# 67734-053_

STATE OF ~~FLORIDA~~ _Massachusetts_

COUNTY OF _Worcester_

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _5th_ DAY OF _February_
_____, 20 _08_, BY _Jose Blas_
(Insert name of person acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _BOP I.D. CARD Reg. N1. 67734-053_
(State type of identification)

AS IDENTIFICATION AND WHO (DID   ) (DID NOT   ) TAKE AN OATH.

_Stephen C.J.X.a_
NOTARY PUBLIC

MY COMMISSION EXPIRES: _March 29, 2013_

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

**I HEREBY CERTIFY THAT** $\underline{Jose\ BLas}$ , has the sum of $\ \underline{.\ 62\ \cancel{4}}$
(Name of Affiant)

as of $\underline{2/5/08}$ On account to his credit at the $\underline{FMC\ Devens,\ Massachusetts}$
(date)

institution where he is confined. I further certify that the above named prisoner affiant has the

following securities to his credit according to the records of this institution:

$\underline{\ \ \ \ \ \ N/A\ \ \ \ \ \ }$

_____
Authorized Officer of Institution

## Inmate Statement

| Inmate Reg #: | 67734053 | | Current Institution: | Devens FMC |
| Inmate Name: | BLAS, JOSE | | Housing Unit: | DEV-J-A |
| Report Date: | 01/24/2008 | | Living Quarters: | J01-105U |
| Report Time: | 12:09:30 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 1/14/2008 12:04:54 PM | 67 | | | Sales | ($15.45) | | $6.07 |
| DEV | 1/8/2008 10:05:26 AM | HIPP1207 | | | Payroll - IPP | $14.40 | | $21.52 |
| DEV | 1/2/2008 12:07:09 PM | 63 | | | Sales | ($33.65) | | $7.12 |
| DEV | 1/1/2008 6:19:14 PM | TFN0101 | | | Phone Withdrawal | ($3.00) | | $40.77 |
| DEV | 12/31/2007 5:35:23 PM | TFN1231 | | | Phone Withdrawal | ($10.00) | | $43.77 |
| DEV | 12/27/2007 12:12:48 PM | 85 | | | Sales | ($13.85) | | $53.77 |
| DEV | 12/21/2007 12:30:03 PM | 59 | | | Sales | ($14.95) | | $67.62 |
| DEV | 12/20/2007 5:14:04 PM | TFN1220 | | | Phone Withdrawal | ($10.00) | | $82.57 |
| DEV | 12/20/2007 5:14:05 AM | 70198101 | | | Loekbox - CD | $50.00 | | $92.57 |
| DEV | 12/18/2007 11:59:55 AM | 58 | | | Sales | ($12.90) | | $42.57 |
| DEV | 12/16/2007 1:25:19 PM | TFN1216 | | | Phone Withdrawal | ($10.00) | | $55.47 |
| DEV | 12/16/2007 5:25:13 AM | 70197802 | | | Lockbox - CD | $25.00 | | $65.47 |
| DEV | 12/11/2007 9:24:11 PM | TFN1211 | | | Phone Withdrawal | ($3.00) | | $40.47 |
| DEV | 12/11/2007 9:48:35 AM | 40 | | | Sales | ($12.65) | | $43.47 |
| DEV | 12/10/2007 10:14:56 AM | HIPP1107 | | | Payroll - IPP | $15.12 | | $56.12 |
| DEV | 12/4/2007 5:22:41 AM | 70196901 | | | Loekbox - CD | $40.00 | | $41.00 |
| DEV | 11/27/2007 11:15:37 AM | 43 | | | Sales | ($11.85) | | $1.00 |
| DEV | 11/24/2007 12:37:57 PM | TFN1124 | | | Phone Withdrawal | ($3.00) | | $12.85 |
| DEV | 11/22/2007 8:42:11 PM | TFN1122 | | | Phone Withdrawal | ($3.00) | | $15.85 |
| DEV | 11/20/2007 1:22:51 PM | 91 | | | Sales | ($9.15) | | $18.85 |
| DEV | 11/20/2007 5:21:17 AM | 70196001 | | | Lockbox - CD | $25.00 | | $28.00 |
| DEV | 11/14/2007 12:19:12 PM | 109 | | | Sales | ($12.75) | | $3.00 |
| DEV | 11/10/2007 3:25:02 PM | TFN1110 | | | Phone Withdrawal | ($2.00) | | $15.75 |
| DEV | 11/7/2007 9:34:20 AM | HIPP1007 | | | Payroll - IPP | $15.84 | | $17.75 |
| DEV | 11/2/2007 11:39:55 AM | 32 | | | Sales | $0.00 | | $1.91 |
| DEV | 10/9/2007 12:14:21 PM | 91 | | | Sales | ($16.55) | | $1.91 |
| DEV | 10/9/2007 10:02:06 AM | HIPP0907 | | | Payroll - IPP | $13.68 | | $18.46 |
| DEV | 9/11/2007 12:06:48 PM | 84 | | | Sales | ($12.65) | | $4.78 |
| DEV | 9/10/2007 8:49:44 PM | TFN0910 | | | Phone Withdrawal | ($3.00) | | $17.43 |
| DEV | 9/10/2007 9:35:46 AM | IFRP0907 | | | FRP Quarterly Pymt | $0.00 | | $20.43 |
| DEV | 9/10/2007 9:35:00 AM | GIPP0807 | | | Payroll - IPP | $16.56 | | $20.43 |
| DEV | 9/5/2007 9:32:33 AM | 35 | | | Sales | ($6.00) | | $3.87 |
| DEV | 8/28/2007 1:45:29 PM | 67 | | | Sales | ($11.40) | | $9.87 |

| DEV | 8/21/2007 | 34 | | Sales | .. | |
| | 9:41:01 AM | | | Sales | ($19.90) | $21.27 |
| DEV | 8/15/2007 | TFN0815 | | Phone Withdrawal | ($10.00) | |
| | 8:24:22 PM | | | Phone Withdrawal | ($10.00) | $41.17 |
| DEV | 8/15/2007 | 70189401 | | Lockbox - CD | $50.00 | |
| | 5:15:19 AM | | | Lockbox - CD | $50.00 | $51.17 |
| DEV | 8/14/2007 | 97 | | Sales | ($13.25) | |
| | 11:49:42 AM | | | Sales | ($13.25) | $1.17 |
| DEV | 8/10/2007 | TFN0810 | | Phone Withdrawal | ($6.00) | |
| | 12:20:27 PM | | | Phone Withdrawal | ($6.00) | $14.42 |
| DEV | 8/8/2007 | GIPP0707 | | Payroll - IPP | $16.38 | |
| | 9:59:53 AM | | | Payroll - IPP | $16.38 | $20.42 |
| DEV | 8/7/2007 | 25 | | Sales | ($5.75) | |
| | 1:40:33 PM | | | Sales | ($5.75) | $4.04 |
| DEV | 7/17/2007 | 79 | | Sales | ($21.05) | |
| | 12:07:04 PM | | | Sales | ($21.05) | $9.79 |
| DEV | 7/14/2007 | TFN0714 | | Phone Withdrawal | ($7.00) | |
| | 9:37:31 PM | | | Phone Withdrawal | ($7.00) | $30.84 |
| DEV | 7/13/2007 | 30 | | Sales | ($7.70) | |
| | 11:52:19 AM | | | Sales | ($7.70) | $37.84 |
| DEV | 7/13/2007 | 70187101 | | Lockbox - CD | $25.00 | |
| | 5:23:42 AM | | | Lockbox - CD | $25.00 | $45.54 |
| DEV | 7/11/2007 | 19 | | Sales | ($26.50) | |
| | 7:03:06 AM | | | Sales | ($26.50) | $20.54 |
| DEV | 7/10/2007 | GIPP0607 | | Payroll - IPP | $16.38 | |
| | 10:48:28 AM | | | Payroll - IPP | $16.38 | $47.04 |
| DEV | 7/6/2007 | TFN0706 | | Phone Withdrawal | ($2.00) | |
| | 10:39:15 PM | | | Phone Withdrawal | ($2.00) | $30.66 |
| DEV | 7/5/2007 | 72 | | Sales | ($27.45) | |
| | 12:05:30 PM | | | Sales | ($27.45) | $32.66 |
| DEV | 7/4/2007 | 70186501 | | Lockbox - CD | $20.00 | |
| | 5:20:37 AM | | | Lockbox - CD | $20.00 | $60.11 |
| DEV | 6/29/2007 | TFN0629 | | Phone Withdrawal | ($9.00) | |
| | 8:16.35 PM | | | Phone Withdrawal | ($9.00) | $40.11 |

1 2

**Total Transactions: 70**

| | | Totals: | ($24.76) | $0.00 |
|---|---|---|---|---|

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $6.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.07 |
| Totals: | $6.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.07 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $281.98 | $285.70 | $15.83 | $67.62 | $20.68 | N/A | N/A |